In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., on the Westerly Side of Wardwell Avenue, Easterly Side of Fiske Avenue, North of Leonard Avenue, First Ward, Borough of Richmond, etc., for School Purposes, etc.— Motion to confirm referee's report granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline MARC M. FOX, an Attorney.— The respondent was slow in realizing that his failure to take some steps to dispose of the money in his hands might cause him trouble. It appears that since the commencement of the proceeding he has made an effort in good faith to turn the money over to the one to whom it seems to belong. Such person refused to receive the money. Under these circumstances an order will be made directing the deposit of this money in court in this proceeding to the credit of the person or persons entitled thereto. Upon proof of such deposit the proceeding will be dismissed as far as the respondent is concerned. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHARLES KITCHEN, as Administrator, etc., of HOWARD KITCHEN, Deceased, Appellant, v. FANNY LANDY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

SAMUEL KLEINROCK, Appellant, v. DORA GRAHAM, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MARY ADAMS MAURICE, Respondent, v. WILLIAM H. KIRCHNER and Another, Appellants, Impleaded with Another, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MOSES MORRIS, Appellant, v. MICHAEL MILLER and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

GUISIPPINA PARASCANDOLA, as Administratrix, etc., Plaintiff, v. FRANK AUDITORE, Individually and as Administrator, etc., Appellant, Impleaded with AUDITORE Co., INC., Respondent.— Motion to vacate stay denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion to dispense with printing case on appeal from order denying motion for new trial granted. Points and motion papers to be printed. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RUBIN SUNSHINE, Respondent, v. ROSIE TOBIAS and Another, Appellants,

Impleaded with Others, Defendants.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

TRAUB AMUSEMENT COMPANY, INC., Respondent, v. HARRY MACKLER, Individually, etc., Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ROSE ADIKES and Others, as Executors, etc., of JOHN ADIKES, Deceased, and Others, Respondents, v. THOMAS J. ADIKES and Others, Defendants, Impleaded with THOMAS ADIKES, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

ALBERT GARAGE Co., INC., Respondent, v. JAMES J. COAN and Others, Appellants.— Order granting motion to settle issues for trial by jury modified by submitting the single question to a jury for answer, namely, Were the defendants guilty of fraud in the making of the bill of sale and the lease to the plaintiff?    And as so modified affirmed, without costs.    Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JOSE ALVAREZ, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents.— Judgment and order denying motion for new trial unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES D. ANDREWS and Another, Appellants, v. GEORGE E. BRIGHTSON and Others, Respondents.— Order granting defendants' motion to strike cause from the equity calendar affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MARTHA BISTANY, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BOROUGH HOUSING CORPORATION, Respondent, v. VANDERVEER CENTRE, INC., Appellant.— Judgment affirmed, with costs.    No opinion.    Kelly, P. J., Manning and Lazansky, JJ., concur; Rich and Kapper, JJ., dissent.

IRENE BROMAN, an Infant, by HILDA BROMAN, Her Guardian ad Litem, Respondent, v. HELING CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

HILDA BROMAN, Respondent, v. HELING CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

JOSEPH F. BROWN, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

CLARENCE T. BULLARD and Others, Copartners, etc., Respondents, v. JOHN THALLON & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.